Luke Bower 737557
1960 US HWY. 41 S.
Marquette MI. 49855
Plaintiff Pro Se

# UNITED STATES DISTRICT COURT OF WESTERN MICHIGAN

Luke Bower,
  Plaintiff,
v.
Subrina Aiken,
B. Tanes, D. Carlson,
John Doe, John Doe.
In Personal and Offical Capacity
  Defendants

Case No. 2:21-CV-226

AMENDED COMPLAINT
EIGHTH AMENDMENT
VIOLATION, Cruel AND
UNUSUAL PUNISHMENT
JURY TRIAL DEMANDED
42 U.S.C §1983

1. The UNITED STATES DISTRICT COURT OF WESTERN MICHIGAN has Jurisdiction over Section 1983 Suits Filed by Inmates In the Marquette Branch prison.

In the spring of 2014 MDOC Medical informed Plaintiff his initial bloodwork showed Hepititic-C infection. A later Liver BI-opsy confermed chronic HCV.

In 2018 plaintiff was Removed From The Treatment Waiting list. After years of patitioning Health Care To No Availe. Plaintiff Grieved Medical And exhausted his Administrative Remedys with Grievance Identifier #MBP2021odc17720

[1]

Defendants Responded to Grievance, By Refusing and excluding Plaintiff The Treatment to Cure HCV, Medical has Shown Deliberate indifference to a Serious Medical Need, Violating Plaintiffs Eighth Amendment Right against cruel and unusual Punishment.

    Plaintiff Prays For Relief in the Forms of Injunctive Relief, Compeling Medical To Administer HCV Cure Treatment to Plaintiff.

    Punitive Damages of $100,000.00, From all Defendants.

    Compensatory Damages of $100,000.00 From all Defendants.

    Nominal Damages of $10,000.00 From All Defendants.

    Plaintiff Demands A Jury Trial.

    Plaintiff Seeks Compasionat Release

Date 11-17-2021

Luke Bower, Plaintiff Pro Se

[2]